# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EASTERN ROOFING SYSTEMS, INC., | : |
| Plaintiff, | : |
| v. | : 3:14-CV-00717 |
| | : (JUDGE MARIANI) |
| SIMON PROPERTY GROUP, INC., | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 17th DAY OF FEBRUARY 2015, upon consideration of Defendant's Motion to Transfer (Doc. 5), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**: Defendant's Motion to Transfer (Doc. 5) is **DENIED**.

Robert D. Mariani
United States District Judge