UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EASTERN ROOFING :
SYSTEMS, INC., :
    Plaintiff, : NO.: 3:14-cv-00717
   :
  v. :
   : (SAPORITO, M.J.)
SIMON PROPERTY GROUP, :
INC., :
    Defendant. :

## ORDER

AND NOW, this 1st day of August, 2016, following a trial without a jury and for the reasons set forth in the foregoing Memorandum, IT IS HEREBY ORDERED as follows:

    1.    The Clerk of Court is directed to enter judgment in favor of the plaintiff, Eastern Roofing Systems, Inc., and against the defendant, Simon Property Group, Inc. in the amount of $5,000.90 plus prejudgment interest in the amount of $8,134.73, for a total amount due of $13,135.63; and

    2.    The Clerk of Court is directed to close this case.

*s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR,
U.S. Magistrate Judge

Dated: August 1, 2016